# Exhibit A

The Honorable Michael Scott

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN WRIGHT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., a foreign profit corporation,<br><br>　　　　　Defendant. | NO. 2:22-cv-00877<br><br>(KING COUNTY SUPERIOR COURT NO. 22-2-03620-6 KNT)<br><br>DECLARATION OF GABRIELLE LINDQUIST IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT WALMART INC.<br><br>***(CLERK'S ACTION REQUIRED)*** |

I, Gabrielle Lindquist, Esq., hereby declare and say:

1.　　That I am an attorney of the law firm of WILLIAMS, KASTNER & GIBBS PLLC, and I am licensed to practice law in this Court.

2.　　I am over the age of eighteen and a U.S. citizen. I have personal knowledge of the facts referred to in this Declaration and could competently testify to these facts if called upon to do so in a court of law.

3.　　Along with Rodney L. Umberger, I represent WALMART INC. ("Walmart") in the above captioned lawsuit, and I am making this Declaration in support of Walmart's Notice of Removal to this Court.

4.　　This declaration is identifiable as **Exhibit A** to Walmart's Notice of Removal.

DECLARATION OF GABRIELLE LINDQUIST IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT WALMART INC - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7608125.1

5. Attached hereto as **Exhibit B** is a true and complete copy of the operative Summons and Complaint filed in state court in this matter.

6. Attached hereto as **Exhibit C** is a true and complete copy of Plaintiff's Response to Walmart's RCW 4.28.360 Request for Statement of Damages.

7. Attached hereto as **Exhibit D**, in accordance with LCR 101(c), are true and complete copies of all additional records and proceedings filed in the underlying action.

I declare under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

DATED this 22nd day of June, 2022.

        WILLIAMS, KASTNER & GIBBS PLLC

*/s/Gabrielle Lindquist*
Rodney L. Umberger, WSBA No. 24948
Eddy Silverman, WSBA No. 53494
Gabrielle Lindquist, WSBA No. 57177

Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone:  206.628.6600
Fax:    206.628.6611
Email:  rumberger@williamskastner.com
       esilverman@williamskastner.com

***Counsel for Defendant Walmart Inc.***

DECLARATION OF GABRIELLE LINDQUIST IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT WALMART INC - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7608125.1

# **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the date indicated below, I caused service of a true and correct copy of the foregoing document in the manner indicated below to:

| | |
|---|---|
| CERTA LAW GROUP<br><br>Pellegrino L. Certa, WSBA No. 25903<br>Cheryl J. Farrish, WSBA No.: 41698<br>320 Dayton Street, Suite 260<br>Edmonds, WA 98020<br>Tel: 206-838-2500<br>pcerta@certalaw.com<br>cfarrish@certalaw.com<br>***Counsel for Plaintiff*** | ☑ USPS<br>☑ E-mail |

Signed at Seattle, Washington this 22nd day of June, 2022.

WILLIAMS, KASTNER & GIBBS PLLC

*/s/Ryan McDade*  ____
Ryan McDade, Legal Assistant
rmcdade@williamskastner.com

DECLARATION OF GABRIELLE LINDQUIST IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT WALMART INC - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7608125.1