The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYN WRIGHT,

Plaintiff,

v.

WALMART INC, a foreign corporation,

Defendant.

NO. 2:22-cv-00877-RSL

JOINT STATUS REPORT & DISCOVERY PLAN

Pursuant to FRCP and LCR 26(f), and the Court's June 27, 2022 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Initial Scheduling Order"), Plaintiff CAROLYN WRIGHT, ("Plaintiff") and Defendant WALMART INC. ("Defendant") (collectively "the parties"), through their respective attorneys of record, hereby submit the following Joint Status Report:

JOINT STATUS REPORT

1. **Nature and complexity of the case:** This is a non-complex personal injury matter over which the Court has original jurisdiction under 28 U.S.C. § 1332. Plaintiff CAROLYN WRIGHT alleges that she sustained personal injuries from having slipped while walking down the store's Grocer Action Alley, located at 1900 South 314th Street, Federal Way, Washington 98003. Defendant WALMART INC. denies liability.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**2. Proposed deadline for joining parties:** The parties agree to a deadline 90 days prior to the discovery cutoff.

**3. Consent to a magistrate judge:** No.

**4. Related cases pending in this or other jurisdictions:** None.

**5. Initial disclosure** The parties participated in an FRCP 26(f) conference on 7/8/2022. The parties will make initial disclosures on or before 7/18/2022, in accordance with the Court's Initial Scheduling Order. All Defendants have been served (no service-related issues).

**6. Changes made in the timing of form of expert and pretrial disclosures under FRCP 26(a)(2)-(4):** Parties do not anticipate any changes at this time.

**7. Subjects, timing, and potential phasing of discovery:** The parties expect to seek and exchange discovery related to Plaintiff's allegations, claims, damages and other relief being sought and Defendant's factual allegations and defenses. The parties will manage discovery in accordance with the Federal Rules of Civil Procedure and the case scheduling order in this matter. The parties' views on LCR 26(f)(1) topics:

**(A) Anticipated discovery sought:** The parties intend to take depositions as reasonably necessary to prove their respective claims and/or defenses. In the unlikely event that one or more of the parties to this matter seeks excessive discovery in the form of depositions, the opposing party may resort to seeking a protective order under FRCP 26(c).

**(B) Preliminary issues relating to the preservation of discoverable information:** None at this time.

**(C) Model protocol for discovery of ESI:** The parties agree to produce ESI in accordance with a revised version of the Court's Model ESI Agreement.

**(D) Alternative to Model Protocol:** Not applicable/none at this time.

**8. Agreements or issues related to the preservation of discoverable information and the scope of the preservation obligation:** None at this time.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**9. Electronically stored information:** The parties do not have any issues with the discovery of electronically stored information and propose to produce electronically stored information ("ESI") in accordance with a revised version of the Court's Model Protocol for Discovery of Electronically Stored Information in Civil Litigation.

**10. Privilege issues:** None at this time.

**11. Inadvertent disclosure of privileged information:** The parties defer to the Court with respect to the handling of inadvertent production of privileged information as described in FRE 502(d) or (e), but would respectfully request that any inadvertent disclosure not constitute a waiver of any applicable privilege.

**12. Proposed limitations on discovery:** The parties agree to follow the Federal Rules of Civil Procedure, including the limits on discovery set forth therein.

**13. The date by which discovery can be completed:** The parties request a date 90 days prior to the date ultimately selected for trial.

**14. Prompt case resolution:** The parties believe there is reasonably good potential for promptly settling or otherwise resolving this case without the need for trial. This case should not be bifurcated of liability and damage issues and discovery should not be conducted in phases.

**15. Alternative dispute resolution:** The parties are already engaging in informal settlement negotiations. The parties may also consider mediation after completion of meaningful discovery and/or after the resolution of dispositive motions, if any, as set forth in LCR 39.2.

**16. The date the case will be ready for trial:** The parties expect that this matter will be ready for trial in July 2023. Counsel for Walmart have no trial date complications at this time. Counsel for Carolyn Wright have no trial date complications at this time.

**17. Whether the trial will be jury or non-jury:** Jury trial.



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

**18. The number of trial days required:** 4-6 days are required, inclusive of pre-trial motions and voir dire.

**19. The date(s) that each nongovernmental corporate party filed its disclosure under FRCP/LCR 7.1:** June 22, 2022.

DATED this 21st day of July, 2022.

CERTA LAW GROUP

[signature]

Pellegrino L. Certa, WSBA No. 25903
Cheryl J. Farrish, WSBA No.: 41698

320 Dayton Street, Suite 260
Edmonds, WA 98020
Phone: 206.838.2500
Email: pcerta@certalaw.com
cfarrish@certalaw.com

***Counsel for Plaintiff***

WILLIAMS, KASTNER & GIBBS PLLC

/s/Eddy Silverman

Rodney L. Umberger, WSBA No. 24948
Eddy Silverman, WSBA No. 53494

Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone: 206.628.6600
Fax: 206.628.6611
Email: rumberger@williamskastner.com
esilverman@williamskastner.com

***Counsel for Defendant Walmart Inc.***

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the date indicated below, I caused service of a true and correct copy of the foregoing document in the manner indicated below to:

Pellegrino L. Certa, WSBA No. 25903
Cheryl J. Farrish, WSBA No.: 41698
CERTA LAW GROUP
320 Dayton Street, Suite 260
Edmonds, WA 98020
Phone: 206.838.2500
Email: pcerta@certalaw.com
cfarrish@certalaw.com

☑ ECF

☑ E-mail, *per the 5.26.22 E-Service Agreement*

***Counsel for Plaintiff***

Signed at Seattle, Washington this 21st day of July, 2022.

WILLIAMS, KASTNER & GIBBS PLLC

*s/Ryan McDade*
Ryan McDade, Legal Assistant
rmcdade@williamskastner.com



**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600