The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAROLYN WRIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign profit corporation,<br><br>Defendant. | NO. 2:22-cv-0877-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Parties CAROLYN WRIGHT and WALMART INC, by and through their respective attorneys of record, hereby stipulate and agree that all claims against Defendant WALMART INC. may be dismissed in their entirety, with prejudice, and without costs and/or attorney fees to any party.

///

///

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7747184.1

1   DATED this 14th day of June, 2023

2   CERTA LAW GROUP                                          WILLIAMS, KASTNER & GIBBS PLLC

3   *[signature]*                                            */s/Eddy Silverman*

4   Pellegrino L. Certa, WSBA No. 25903                      Rodney L. Umberger, WSBA No. 24948
    320 Dayton Street, Suite 260                             Eddy Silverman, WSBA No. 53494
5   Edmonds, WA 98020                                        Two Union Square
    Phone: 206-838-2500                                      601 Union Street, Suite 4100
6   pcerta@certalaw.com                                      Seattle, WA 98101-2380
    cfarrish@certalaw.com                                    Phone:  206.628.6600
7                                                            Fax:    206.628.6611
                                                             Email:  rumberger@williamskastner.com
8                                                                    esilverman@williamskastner.com

9   **Counsel for Plaintiff**                                **Attorneys for Defendant Walmart Inc.**

STIPULATION AND ORDER OF DISMISSAL - 2

7747184.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff CAROLYN WRIGHT and Defendant WALMART INC. to dismiss all claims against WALMART INC. with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised, it is now ORDERED as follows:

All claims against Defendant WALMART INC. are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

IT IS SO ORDERED BY THE COURT

DATED this 15th day of June, 2023

*/s/ Robert S. Lasnik*

Hon. Robert S. Lasnik

STIPULATION AND ORDER OF DISMISSAL - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7747184.1